Amy L. Bennecoff (275805)
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Telephone: 215-540-8888
Facsimile: 215-540-8817
teamkimmel@creditlaw.com
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY VALENCIA, § § § Plaintiff, § § v. § § CONVERGENT OUTSOURCING, § § Defendant. § § § | Civil Action No. 5:19-cv-01536-PSG-SP |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the Complaint with prejudice.

/S/ Amy L. Bennecoff Ginsburg
Amy L. Bennecoff Ginsburg Esq.
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Fax: (215) 540-8817
Email: teamkimmel@creditlaw.com
Attorney for the Plaintiff

Date: October 4, 2019

## **CERTIFICATE OF SERVICE**

I, Amy L. B. Ginsburg, Esquire, do certify that I served a true and correct copy of the Notice of Voluntary Dismissal in the above-captioned matter, upon the following via CM/ECF system:

    Convergent Outsourcing
    800 SW 39th Street
    Renton, WA 98057

DATED:  October 4, 2019     /s/ Amy L. Bennecoff Ginsburg
    Amy L. Bennecoff Ginsburg Esq.
    Kimmel & Silverman, P.C.
    30 East Butler Pike
    Ambler, PA 19002
    Tel: 215-540-8888
    Fax: 215-540-8817
    Email: teamkimmel@creditlaw.com
    Attorney for Plaintiff